IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARRETT LEE JONES,

    Plaintiff,

v.                                              CASE NO. 5:15-cv-00240-MP-GRJ

DEREK GAFFIN, MARY JONES, GREG SHOUPPE,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 14. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees that the records of Plaintiff's underlying cases conclusively refute his allegation that Defendants' alleged delay or inaction in processing his fee payment requests had any bearing on the dismissal of his civil case and his motion to vacate. The civil case was dismissed on the merits and the motion to vacate was dismissed as time-barred by more than seven years. Because any delay on Defendants' part did nothing to impede the district court's review of the merits and timeliness of Plaintiff's filings, the Court agrees that Plaintiff has failed

to allege facts showing that Defendants' actions caused him any "actual injury."

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint in this case is dismissed for failure to state a claim. The Clerk is directed to close the file.

**DONE AND ORDERED** this _2nd_ day of November, 2016

                                *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge